UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| RIGOBERTO SANCHEZ,          )  | Civil Action No. 5:20-cv-04045-BHH |
|               Plaintiff,     ) | |
| v.                                                    ) | |
| KILOLO KIJAKAZI,                           ) Acting Commissioner of the           ) Social Security Administration,    ) | |
|               Defendant.   ) | |

## ORDER

**AND NOW**, this <u>13th</u> day of October, 2021, upon consideration of the Defendant's Unopposed Motion to Remand and any response thereto, it is hereby

**ORDERED** that the Defendant's motion is granted, and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

s/Bruce H. Hendricks
United States District Judge

October 13, 2021
Charleston, South Carolina